# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | | |
|---|---|---|---|
| **RICHARD G. MUELLER et al.** | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 11-cv-01413 (RNC) |
| **AMERICAN CRUISE LINES, INC.** | ) | | |
| *Defendant* | ) | | |

## NOTICE OF APPEARANCE

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Defendant AMERICAN CRUISE LINES, IINC.,**

Date:  October 25, 2011

*Attorney's signature*

Gerald A. Greenberger   CT 27090

*Printed name and bar number*

Rubin Fiorella & Friedman, LLP
292 Madison Ave., 11th Fl.
New York, NY 10017

*Address*

ggreenberger@rubinfiorella.com

*E-mail address*

212-953-2381

*Telephone number*

212 953-2462

*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on **October 25, 2011**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**Charles J. Filardi, Jr.**
**Attorney for Plaintiffs**
**Filardi Law Offices LLC**
**65 Trumbull St., 2nd Floor**
**New Haven, CT 06510**

_Attorney's signature_