UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD G. MUELLER and ARLYENE :
MUELLER,
: Civil Action No.: 11-cv-01413 (RNC)

Plaintiffs,      :     **RULE 7.1 STATEMENT**

- against -     :

AMERICAN CRUISE LINES, INC.,     :

Defendant.    :

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant, AMERICAN CRUISE LINES, INC, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: NONE.

Dated: October 25, 2011

**RUBIN, FIORELLA & FRIEDMAN LLP**
*Attorneys for Defendant,*
*AMERICAN CRUISE LINES, INC.*

By: _____
Gerald A. Greenberger, Esq.
Federal Bar No. CT. 27090
292 Madison Avenue, 11th Floor
New York, NY 10017
Ph: 212-953-2381
Fax: 212-953-2462
E-Mail: Ggreenberger@rubinfiorella.com
Our File No.: 431-21270

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

**M. DEE FRENETTE**, being duly sworn, says:

I am not a party to this action; I am over 18 years of age; I reside at Manhattan, New York.

On October 25, 2011, I served the within **ANSWER and RULE 7.1 STATEMENT** upon:

>Charles J. Filardi, Jr.
>Filardi Law Offices LLC
>65 Trumbull St., 2nd Floor
>New Haven, CT 06510
>*Attorney for Plaintiffs,*
>   *RICHARD G. MUELLER and*
>   *ARLYENE MUELLER*

the address designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

M. DEE FRENETTE

Sworn to before me this
25th day of October, 2011

Notary Public

SUSAN RYAN
Notary Public, State of New York
No. 43-4912244
Qualified in Richmond County
Commission Expires November 9, 2013

Our File No. 431-21270

- 1 -