UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD G. MUELLER and ARLYNE MUELLER,<br><br>Plaintiffs<br><br>V.<br><br>AMERICAN CRUISE LINES, INC.,<br>Defendant. | Case No.: 3:11-cv-01413-RNC |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Admission *Pro Hac Vice* including all exhibits and the proposed order have been served this 1st day of November, 2011 via First Class Mail, Postage Pre-paid upon the following:

**Counsel for the defendant:**

Gerald A. Greenberger, Esq.
Rubin Fiorella & Friedman, LLP
292 Madison Avenue, 11th Floor
New York  NY  10017

BY:  /s/ Charles J. Filardi, Jr.  (ct09809)
Charles J. Filardi, Jr. (ct09809)
Filardi Law Offices LLC
65 Trumbull Street, 2nd Floor
New Haven CT  06510-1031
203-562-8388  Telephone
866-849-2040 Facsimile
Email:  charles@filardi-law.com

{FL00051502.DOCX}