UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x

RICHARD G. MUELLER and ARLYENE
MUELLER,

                  Civil Action No. 11-cv-01413 (RNC)

                Plaintiffs,      **MOTION FOR ADMISSION**
**OF JAMES E. MERCANTE**
-against-              **AND RICHARD GONZÁLEZ**
***PRO HAC VICE***

AMERICAN CRUISE LINES, INC.,

                Defendants.

------------------------------------------------------------x

        The undersigned, Gerald A. Greenberger, Esq. of the firm of Rubin, Fiorella & Friedman

LLP, moves this Court to admit James E. Mercante, Esq. and Richard González, Esq. to appear in

this case as counsel for the defendant.

        Admission, if granted, will be for the purpose of participating fully in all aspects of the

above-captioned case pursuant to Local Federal Rule 83.1 (d).

        In support of this Motion, the movant respectfully represents the following:

        1.      Applicant for admission, James E. Mercante, Esq. is a member of the firm of Rubin

Fiorella & Friedman LLP, 292 Madison Avenue, 11th floor, New York, New York 10017.

        2.      Applicant for admission, Richard González, Esq. is an associated with the firm of

Rubin Fiorella & Friedman LLP, 292 Madison Avenue, 11th floor, New York, New York 10017

        3.      As demonstrated in this accompanying Affidavit of James E. Mercante, Esq.  Mr.

Mercante is a member of the Bar of the State of New York and other bars.  He is familiar with the

underlying facts and circumstances of this case and also possesses knowledge of the substantive law

to be applied in this matter.  He is also familiar with the Rules of the United States District Court

for the District of Connecticut.

4.      As demonstrated in this accompanying Affidavit of Richard González, Esq., Mr.

González is a member of the Bar of the State of New York and other bars. He is familiar with the

underlying facts and circumstances of this case and also possesses knowledge of the substantive law

to be applied in this matter. He is also familiar with the Rules of the United States District Court

for the District of Connecticut.

5.      The movant is an attorney in good standing of the Bar of this Court.

6.      Payment in the amount of $50.00 has been made via electronic means with the filing

of this motion.

7.      Pursuant to Local Rule 83.1 (d) (2), I request that if this motion is granted, I be

excused from attendance in Court and participation in other proceedings before the Court.


**WHEREFORE**, the undersigned moves this Court for an Order admitting James E.

Mercante, Esq. and Richard González, Esq. *pro hac vice.*


Dated: November 8, 2011                    RUBIN, FIORELLA & FRIEDMAN LLP
                                           Attorneys for Defendant

                                           By:_____
                                                Gerald A. Greenberger (CT-27090)
                                                292 Madison Avenue
                                                New York, New York 10017
                                                (212) 953-2381
                                                Email: ggreenberger@rubinfiorella.com
                                                Our File No. 431-21270

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------x

RICHARD G. MUELLER and ARLYENE
MUELLER,

           Civil Action No. 11-cv-01413 (RNC)

                Plaintiffs,       **AFFIDAVIT OF**
                                    **JAMES E. MERCANTE**

     -against-

AMERICAN CRUISE LINES, INC.,

                Defendants.

-------------------------------------------------------x

     In accordance with Local Rule 83.1(d), I, **JAMES E. MERCANTE**, hereby submit this

Affidavit in support of my admission as a visiting attorney before this Court, as counsel for

AMERICAN CRUISE LINES, INC., in the above entitled matter, and after being duly sworn,

deposes and states as follows:

    1.    My office address, telephone number, fax number, and e-mail address is:

           RUBIN, FIORELLA AND FRIEDMAN LLP
           292 Madison Avenue, 11th Floor
           New York, NY 10017
           Tel: 212-953-2381
           Tel. (Direct): 212-447-4605
           Fax: 212-953-2462
           E-Mail: Jmercante@rubinfiorella.com

    2.    I am a member, or have been a member of the following bars:

           State of New York (2026466);
           U.S. District Courts, for the Southern (JM4231), the Eastern (JM4231),
                the Northern (513569), and the Western Districts of New York;
           U.S. Court of Appeals, Second Circuit;
           State of New Jersey (035621985);
           U.S. District Court, District of New Jersey;

U.S. Court of Appeals, Third Circuit;
U.S. Court of Appeals for the Armed Forces (29065);
U.S. Court of Appeals, First Circuit.

3.      I have no pending disciplinary complaints against me.

4.      I have not  been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

5.      I have fully reviewed and I am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6.      I designate my sponsoring attorney, Gerald Greenberger, Esq., as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission to this Court.

7.      Upon admission under this rule, and within 60 days after the date of admission, I will promptly file with the Clerk of the Court a certificate of good standing from the court of the state in which I have my primary office.

Dated: November 7, 2011

By: _____

James E. Mercante, Esq.
Rubin, Fiorella & Friedman, LLP
292 Madison Avenue
New York, New York 10017
Tel: (212) 953-2381
Our File No. 431-21270

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**AFFIDAVIT OF JAMES E. MERCANTE**

NOTARY

State of _NEW YORK_}
County of _NEW YORK_}

Subscribed and sworn to me at _NEW YORK_, on the _7th_ day of _NOV._, 2011.

Notary Public: _Susan Ryan_

Commission Expires on: _____

SUSAN RYAN
Notary Public, State of New York
No. 43-4912244
Qualified In Richmond County
Commission Expires November 9, 20 _13_

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------x
RICHARD G. MUELLER and ARLYENE
MUELLER,                                              Civil Action No. 11-cv-01413 (RNC)

                           Plaintiffs,              **AFFIDAVIT OF**
                                                    **RICHARD GONZÁLEZ**

              -against-

AMERICAN CRUISE LINES, INC.,

                           Defendants.
-------------------------------------------------------x

    In accordance with Local Rule 83.1(d), I, **RICHARD GONZALEZ**, hereby submit this

Affidavit in support of my admission as a visiting attorney before this Court, as counsel for

AMERICAN CRUISE LINES, INC., in the above entitled matter, and after being duly sworn,

deposes and states as follows:


1.      My office address, telephone number, fax number, and e-mail address is:

              RUBIN, FIORELLA AND FRIEDMAN LLP
              292 Madison Avenue, 11th Floor
              New York, NY 10017
              Tel: 212-953-2381
              Tel. (Direct): 212-447-4632
              Fax: 212-953-2462
              E-Mail: Rgonzalez@rubinfiorella.com

2.      I am a member, or have been a member of the following bars:

              State of Florida (0635820);
              U.S. District Courts, for the Southern, the Northern, and the Middle Districts
                  of Florida;
              U.S. Court of Appeals, Eleventh Circuit;
              State of Minnesota (0327414);
              State of New Jersey (9942003);
              U.S. District Court, District of New Jersey;
              District of Columbia (490023);

> State of New York (4697660);
> U.S. District Courts, for the Southern (RG9291), and the Eastern (RG9291),
> Districts of New York;
> U.S. Court of Appeals for the Armed Forces (32799);
> U.S. Court of Appeals for the Federal Circuit;
> U.S. Court of Appeals for Veterans Claims;
> U.S. Court of International Trade;
> U.S. Supreme Court.

3.    I have no pending disciplinary complaints against me.

4.    I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

5.    I have fully reviewed and I am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of The Unites States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6.    I designate my sponsoring attorney, Gerald Greenberger, Esq., as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission to this Court.

7.    A certificate of good standing from the State of New York, the state in which I have my primary office, is attached. (**Exhibit A**, New York State Certificate of Good Standing).

Dated: November 7, 2011

By: _____
Richard González, Esq.
Rubin, Fiorella & Friedman, LLP
292 Madison Avenue
New York, New York 10017
Tel: (212) 953-2381
Our File No. 431-21270

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**AFFIDAVIT OF RICHARD GONZÁLEZ**

NOTARY

State of _NEW YORK_
County of _NEW YORK_ }

Subscribed and sworn to me at _NEW YORK_, on the _7th_ day of _NOV._, 2011.

Notary Public: _Susan Ryan_

Commission Expires on: _____

SUSAN RYAN
Notary Public, State of New York
No. 43-4912244
Qualified in Richmond County
Commission Expires November 9, 20_13_

**Exhibit A**



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

---

*I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that*

# Richard Gonzalez

*having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **22nd day of April, 2009**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.*

*In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **31st day of October, 2011**.*



*Clerk*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------x

RICHARD G. MUELLER and ARLYENE
MUELLER,

                         Plaintiffs,

          -against-

AMERICAN CRUISE LINES, INC.,

                         Defendants.

---------------------------------------------------------x

Civil Action No. 11-cv-01413 (RNC)

**ORDER ON MOTION FOR
ADMISSION OF JAMES E. MERCANTE
AND RICHARD GONZÁLEZ
*PRO HAC VICE***

    **AND NOW**, upon consideration of the Motion by Gerald A. Greenberger, Esq., for the Admission of James E. Mercante, Esq. and Richard González, Esq. *Pro Hac Vice*, and any and all responses thereto, it is hereby

    **ORDERED** that the Motion with respect to James E. Mercante, Esq. is GRANTED, and he is admitted *Pro Hac Vice*, and it is further

    **ORDERED** that the Motion with respect to Richard González, Esq. is GRANTED, and he is admitted *Pro Hac Vice*, and it is further

    **ORDERED** that Gerald A. Greenberger, Esq., will receive service on behalf of James E. Mercante, Esq. and Richard González, Esq., in accordance with Local Rule of Civil Procedure 83.1(d).

Dated: _____

                                         _____
                                         U.S.D.J.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------x

RICHARD G. MUELLER and ARLYENE
MUELLER,
                                 Civil Action No. 11-cv-01413 (RNC)

               Plaintiffs,

                                  **CERTIFICATION OF SERVICE**

     -against-

AMERICAN CRUISE LINES, INC.,

               Defendants.

-------------------------------------------------------x

The undersigned hereby certifies that a copy of the foregoing **Motion for Admission of**

**James E. Mercante and Richard Gonzalez** *Pro Hac Vice*, including all exhibits and the

proposed order have been served this November 8th, 2011, via First Class Mail, Postage Pre-paid

upon the following:

Counsel for the plaintiff:

Charles J. Filardi, Jr.
Filardi Law Offices LLC
65 Trumbull Street, 2nd Floor
New Haven, CT 06510-1031

David E. Sunby
Habush Habush & Rottier, S.C.
3100 Eagle Avenue
Wausau, WI 54402-1987

By:_____
      Gerald A. Greenberger (CT-27090)
      292 Madison Avenue
      New York, New York 10017
      (212) 953-2381
      Email: ggreenberger@rubinfiorella.com
      Our File No. 431-21270